(July 23, 1968)

■  In the Matter of EDMOND G. BLUMNER, an Attorney.— Respondent suspended until the entry of an order of this court finally determining this proceeding.  No opinion.  Concur — Botein, P. J., Stevens, Eager, Capozzoli, Tilzer, JJ.

(July 30, 1968)

■  METALLOFLEX ROHR, G.M.B.H., Respondent, v. AMERICAN FLEXPIPE COMPANY, INC., Appellant.— Judgment and order entered on November 27, 1967, unanimously affirmed, with $50 costs and disbursements of the appeal to the respondent.  The order of this court entered on June 11, 1968 [30 A D 2d 775] is hereby vacated.  Concur — Botein, P. J., Stevens, Eager, Tilzer and Rabin, JJ.